ACCEPTED
15-25-00079-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
7/1/2025 1:50 AM
CHRISTOPHER A. PRINE
CLERK

Case No. 15-25-00079-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/1/2025 1:50:23 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| Misty Strauss | § | |
| | § | Court of Appeals of Texas |
| v. | § | |
| | § | |
| Texas Department of Criminal | § | Fifteenth District |
| Justice | § | |

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Appellant Misty Strauss respectfully requests this Court to extend her deadline to file her brief until July 7, 2025 for the following reasons:

1. Appellant's brief is due on June 26, 2025.

2. Appellant requests a one-week extension of this deadline; if granted, her brief would be due July 7, 2025.

3. Appellant requests this relief because his undersigned counsel is currently on a pre-planned vacation through July 7, 2025. In addition, prior to and during this vacation, his undersigned counsel was required to complete an appellant's opening brief in *Perez v. City of Los Angeles*, which is pending in California's Second District Court of Appeal as Case No. B334863. This case arose from a bifurcated two-week trial with a voluminous record and multiple issues presented. The deadline on this brief could not be

- 1 -

extended. Accordingly, Appellant respectfully submits that this short extension is both reasonable is necessary so that Appellant can provide this Court with comprehensive brief on the issues presented.

4.     This Court has granted Appellant one thirty-day extension to file her opening brief in this case.

5.     Appellee's counsel does not oppose this motion and Appellee will not be prejudiced if it is granted.

6.     This motion is not made for purposes of delay.

Respectfully submitted,

/s/ Matthew J. Kita
MATTHEW J. KITA
Texas Bar No. 24050883
3110 Webb Avenue, Suite 150
Dallas, Texas 75205
(214) 699-1863
matt@mattkita.com

COUNSEL FOR APPELLANT

## Certificate of Conference

On June 24, 2025, I conferenced with counsel for Appellee, Joseph McDuffie, via e-mail regarding the merits of this motion and he represented that he does not oppose the relief requested.

/s/ Matthew J. Kita
MATTHEW J. KITA

## CERTIFICATE OF SERVICE

I certify that on July 1, 2025, I served a copy of this notice on the following counsel of record via e-filing in accordance with Texas Rule of Appellate Procedure 9.5 and this Court's local rules:

*Counsel for Appellee*:

Joseph McDuffie

/s/ Matthew J. Kita

MATTHEW J. KITA

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Matthew Kita on behalf of Matthew Kita
Bar No. 24050883
matt@mattkita.com
Envelope ID: 102619671
Filing Code Description: Motion
Filing Description: Appellants Motion for Extension of Time  to File Appellants Brief
Status as of 7/1/2025 6:59 AM CST

Associated Case Party: Misty Strauss

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Matthew JKita | | matt@mattkita.com | 7/1/2025 1:50:23 AM | SENT |

Associated Case Party: Texas Department of Criminal Justice

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joseph McDuffie | | Joseph.McDuffie@oag.texas.gov | 7/1/2025 1:50:23 AM | SENT |